No. 00–1531. VERIZON MARYLAND INC. v. PUBLIC SERVICE COMMISSION OF MARYLAND ET AL.; and

No. 00–1711. UNITED STATES v. PUBLIC SERVICE COMMISSION OF MARYLAND ET AL. C. A. 4th Cir. [Certiorari granted, 533 U. S. 928.] Motion of the Solicitor General for divided argument

granted. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.